HURLEY v. NEW YORK & B. BREWING CO. et al. (Supreme Court, Appellate Division, Second Department. March 19, 1897.) Action by Cornelius Hurley, as administrator, etc.,

against the New York & Brooklyn Brewing Company and the Brooklyn Heights Railroad Company. No opinion. Motion for reargument, or for leave to go to the court of appeals, denied. See 43 N. Y. Supp. 259.